1  PERRY IP GROUP A LAW CORPORATION
   E. LYNN PERRY (SBN 115165)
2  Four Embarcadero Center, 39th Floor
   San Francisco, CA 94111
3  Telephone:    415.398.6300
   Facsimile:    415.398.6306
4  Email: lperry@perryip.com

5
   ADVOCATE LAW GROUP P.C.
6  Gerry H. Goldsholle (SBN 154604)
   2330 Marinship Way, Suite 121
7  PO Box 835
   Sausalito, CA 94966-0835
8  415-331-4350

9
                                                E-filing
   Attorneys for Plaintiff,
10 ADVICE COMPANY

11

12              UNITED STATES DISTRICT COURT

13         FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15 ADVICE COMPANY, a California      )  Case No.: CV 08 1951
16 corporation,                      )
                                     )
17              Plaintiff,           )  COMPLAINT FOR TRADEMARK
                                     )  INFRINGEMENT AND UNFAIR
18      v.                           )  COMPETITION (15 U.S.C. §§1501 et seq.);
                                     )  CYBERPIRACY (15 U.S.C. §1125(d);
19 JAMES NOVAK, an individual, and   )  TRADEMARK INFRINGEMENT
20 ATTORNEY YELLOW PAGES.COM, LLC,   )  (CALIFORNIA); UNFAIR COMPETITION
   an Arizona limited liability company, )  (CAL. B & P § 17200); COMMON LAW
21 and DOES 1-10,                    )  UNFAIR COMPETITION; INJURY TO
                                     )  BUSINESS REPUTATION (CAL. B & P
22              Defendants.          )  § 14330)
                                     )
23                                      JURY TRIAL DEMANDED
24

25

26

27

28

1    Plaintiff ADVICE COMPANY, an individual ("Advice Co." or "Plaintiff"), for its complaint

2  against defendants JAMES NOVAK, an individual, and ATTORNEY YELLOW PAGES.COM, LLC,

3  an Arizona limited liability company, and DOES 1-10 (collectively, "Defendants") alleges as follows:

## JURISDICTION AND VENUE

5       1.      This is an action for trademark infringement, unfair competition and cyberpiracy

6  arising under the Lanham Act, 15 U.S.C. §§1051 et seq., and for related claims of state and common

7  law trademark infringement, injury to business reputation, unfair competition, and false advertising.

8  This Court has jurisdiction over such claims under 15 U.S.C. §1121 (Lanham Act), 28 U.S.C. §1338

9  (a) & (b) (trademarks, unfair competition, and copyrights), 28 U.S.C. §1331 (federal question), and

10  28 U.S.C. §1367 (supplemental jurisdiction).

11      2.      Venue is proper in this judicial district under 28 U.S.C. §1391(b) because Advice Co.

12  is headquartered in this district, defendants are soliciting business in this district, and a substantial

13  part of the events or omissions giving rise to the claims alleged occurred here.

## THE PARTIES

15      3.      Advice Co., located at 2330 Marinship Way, Suit 120, Sausalito, California, with a

16  mailing address of P.O. Box 1739, Sausalito, California 94966-1739, is an established and nationally

17  known provider of legal information services to the public and provider of directory, marketing, lead

18  generation and client development services to lawyers, which provides its services in this District and

19  elsewhere.

20      4.      Plaintiff is informed and believes, and on that basis alleges, that Defendant NOVAK

21  ("NOVAK") is an individual, and Defendant ATTORNEY YELLOW PAGES.COM, LLC is an

22  Arizona limited liability company, and that Defendants both have their principal place of business at

23  4500 South Lakeshore Drive, Suite 352, Tempe, Arizona 85282.  Plaintiff is further informed and

24  believes, and on that basis alleges, that Defendants are doing business in California and in this

25  District.

26      5.      Plaintiff is presently unaware of the true names and capacities of the defendants

27  named as "Does" herein.  Plaintiff is informed and believes and on that basis alleges that each of the

28  Doe defendants is legally liable and responsible directly or indirectly for the matters alleged in the

- 1 -

COMPLAINT

1 | complaint. Plaintiff will seek leave to amend this complaint to show the true names and capacities of

2 | the Doe defendants when they become known.

3 |       6.     Plaintiff is informed and believes and on that basis alleges that at all times mentioned

4 | in this complaint, each of the Defendants, including Does 1 – 10, was the agent or principal or both

5 | for one another, was acting within the scope of such agency when engaging in the conduct alleged in

6 | this complaint, and is jointly and severally liable for all damages and profits arising from the conduct

7 | alleged herein.

8 | <u>**FACTS AND ALLEGATIONS COMMON TO ALL CLAIMS**</u>

9 |       7.     At least as early as March 1998, Advice Co. under its previous name Advice &

10 | Counsel, Inc. began using the mark ATTORNEYPAGES (the "Mark") in connection with the

11 | following services: "Providing a searchable directory of lawyers, legal service providers and

12 | information about the same through electronic means on a global computer network," as well as

13 | providing marketing, directory listings, lead generation and client development services to lawyers,

14 | among other related services (the "Services"). Advice Co. offers the directory Services under the

15 | Mark to consumers in search of legal services and legal information, and offers listings, marketing,

16 | lead generation and client development services to attorneys and law firms under the mark. Advice

17 | Co.'s use of the Mark has been continuous and substantially exclusive since that date. Advice Co.

18 | advertises in nationally known publications and exhibits at several legal meetings of organizations

19 | such as the American Bar Association and the Association for Justice.

20 |       8.     By virtue of Advice Co.'s long, continuous and substantially exclusive use of Mark in

21 | connection with the Services, the Mark has become well and favorably known to the relevant public

22 | including advertisers such as lawyers and law firms. As such, the Mark has acquired distinctiveness

23 | as applied to the Services and serves as a strong symbol of the Services provided by Advice Co., and

24 | the public associates the Mark with Advice Co. as the sole and exclusive source of the Services.

25 |       9.     On December 10, 1998, Advice Company filed a use-based trademark application for

26 | the Mark. A registration on the Supplemental Register was issued as U.S. Reg. No. 2390588 on

27 | August 8, 2000 (the "2000 Registration"). The 2000 Registration is valid and subsisting, and Advice

28 | Co. is the owner of all right, title, and interest in and to the 2000 Registration. A copy of the 2000

1  Registration, as found on the United States Patent and Trademark Office website, is attached hereto

2  as **Exhibit 1**.

3      10.    On December 11, 1997, Plaintiff's predecessor registered the domain name

4  www.attorneypages.com (the "Domain Name"), and Plaintiff's website has been active at that

5  domain since March 1998.  **Exhibit 2** is a page from this website.

6      11.    On September 22, 2006, Advice Co. filed an application at the USPTO to register the

7  Mark on the Principal Register (the "Application"), which was assigned Serial No. 77005059.  A

8  copy of the Application, as found on the USPTO website, is attached hereto as **Exhibit 3**.  The

9  Application was refused registration because of existing Supplemental Register Registration No.

10  3243194, issued February 28, 2007 (the "NOVAK Registration"), to Defendant NOVAK for the

11  mark ATTORNEYYELLOWPAGES (the "Imitation Mark"), covering "on-line business directories

12  featuring attorneys."  Use of the Imitation Mark is claimed as of December 11, 2006.

13      12.    Advice Co. filed a Petition to Cancel the NOVAK Registration with the Trademark

14  Trial and Appeal Board ("TTAB"), which cancellation action is pending under No. 92048603 (the

15  "Cancellation").  Once notified of this lawsuit, the TTAB will suspend the Cancellation pending the

16  outcome of this lawsuit.

17      13.    Advice Co. also has substantial common law rights in the Mark by virtue of its long,

18  continuous and substantially exclusive use of the Mark in connection with the Services.

19      14.    Advice Co. has invested substantially in advertising and promoting the Mark and the

20  Services offered under the Mark.  As a result, the relevant public and advertisers including lawyers

21  and law firms, have come to know, rely upon, and recognize the Mark as a symbol of Advice Co.'s

22  goods and related services, and Advice Co. has established valuable goodwill therein.

23      **DEFENDANT'S UNLAWFUL ACTS**

24      15.    Plaintiff is informed and believes, and on that basis alleges that Defendants registered

25  the domain name www.attorneyyellowpages.com (the "Infringing Domain Name") on November 18,

26  2003, but did not feature a website at that domain until at least December 11, 2006.  The website

27  currently featured at this domain offers a searchable directory of lawyers and related information, in

28  direct competition with Plaintiff's Services.  A true and correct copy of a portion of Defendants'

1    website is attached hereto as **Exhibit 4**.  Plaintiff is informed and believes, and on that basis alleges

2    that Defendants registered several other domain names comprised in part of the phrase

3    ATTORNEYYELLOWPAGES.  True and correct copies of webpages and domain registration

4    information for three such domains are attached hereto as **Exhibit 5**.

5         16.     Plaintiff is informed and believes, and on that basis alleges, that Defendants are

6    promoting their competitive services under the Imitation Mark throughout the United States, on the

7    internet by utilizing the Infringing Domain Name, and elsewhere.  Plaintiff is further informed and

8    believes, and on that basis alleges, that Defendants adopted and used the Imitation Mark and the

9    Infringing Domain Name despite Plaintiff's established rights in the Mark and with full knowledge of

10   Advice Co.'s competitive business and ownership of the Mark and the Advice Co. Domain Name,

11   and with the intention that consumers, lawyers and law firms would be confused into believing that

12   Defendants' competitive services are sponsored, associated or affiliated in some way with Advice Co.

13        17.     In using the Imitation Mark and the Infringing Domain Name in connection with its

14   offering of services identical to those offered by Plaintiff, Defendants are attempting to reap the

15   benefits of Plaintiff's investment in the Mark, thereby unjustly enriching themselves.

16        18.     Plaintiff's Services and Defendants' services are identical or nearly so, the parties'

17   consumers and customers are identical or at least overlap, and the channels of trade are identical or at

18   least overlap.  Therefore, the services of the parties are directly competitive.

19        19.     Because Plaintiff's Services and Defendants' services are substantially related,

20   consumers and advertisers are likely to be confused and to assume that the parties' services and their

21   sources are associated or affiliated.  Such a result significantly harms Plaintiff and undermines

22   Plaintiff's substantial efforts to establish its identity in the highly competitive field of on-line legal

23   directory, lead generation, marketing, client development and information services.

24        20.     Plaintiff has no control over the nature and quality of Defendants' services.  Any

25   failure, neglect, default or other negative association arising due to Defendant's promotion of its

26   services will reflect negatively on Plaintiff, its reputation and goodwill.

27

28

COMPLAINT

21.     The existence of the many domain names owned by Defendants containing the entirety of Plaintiff's Mark means that Defendants draw and will, unless enjoined, continue to draw traffic and customers from Plaintiff's website to Defendants' websites, resulting in lost revenue to Plaintiff.

22.     Defendants' continuing infringing activity demonstrates a willful and bad faith intent to create confusion, deception, and mistake in the minds of the consuming and advertising public.

23.     Defendants' continuing infringing activity demonstrates a willful and bad faith attempt to trade on Advice Co.'s goodwill by implying a similarity, identity, connection, or relationship between Defendants and their services and Advice Co. and its Services.

24.     Defendants' continuing infringing activity demonstrates a bad faith intent to profit from their use of the Imitation Mark and the Infringing Domain Name.

25.     Defendants' continuing infringing activity demonstrates registration and use of domain names that are confusingly similar to the Mark.

26.     As a result of this infringing activity, Defendants have been and will be unjustly enriched.

27.     The offering for sale, the advertising for sale, and the sale by Defendants of services under the Imitation Mark is likely to cause confusion, mistake, and deception as to the source of Defendants' services.

28.     Defendants, with actual notice of the infringement, willfully and blatantly continue to advertise and market their services using the Imitation Mark and the Infringing Domain Name.  Said acts of infringement will cause further irreparable injury to Plaintiff if Defendants are not immediately and permanently restrained by this Court from further violation of Plaintiff's rights, and Plaintiff has no adequate remedy at law.

## FIRST CLAIM FOR RELIEF
### Trademark Infringement
### (15 U.S.C. §1114)

29.     Plaintiff realleges and reincorporates by reference each and every allegation contained in paragraphs 1 through 28 as though fully set forth herein.

30.     Defendants' actions as described above constitute trademark infringement in violation of 15 U.S.C. §1114 and entitle Plaintiff to damages, profits, and costs of the action.

1    31.    Defendants' activities described herein have caused, and continue to cause, irreparable

2    injury to the value and goodwill of the Mark, as well as to Plaintiff's business, goodwill, and

3    reputation.  Defendants' actions, if not enjoined, will continue, and Plaintiff has no adequate remedy

4    at law.

5    32.    The amount of Plaintiff's damages is difficult to ascertain with certainty.

6    33.    Plaintiff is informed and believes, and on that basis alleges, that Defendants' actions

7    as described above are deliberate, willful, fraudulent and without any extenuating circumstances, and

8    constitute a knowing violation of Plaintiff's rights, and this is an exceptional case.  Plaintiff is

9    therefore entitled to recover its attorneys' fees incurred in this action under 15 U.S.C. §1117.

10    34.    Under the circumstances of this case, Plaintiff is entitled to an award of treble damages.

11

**SECOND CLAIM FOR RELIEF**
**Trademark Infringement**
**(Cal. Bus. & Prof. Code §14335)**

12

13    35.    Plaintiff realleges and reincorporates by reference each and every allegation contained

14    in paragraphs 1 through 34 as though fully set forth herein.

15    36.    Defendants' acts described above constitute trademark infringement in violation of

16    California Business and Professional Code § 14335, as they are likely to deceive the public and cause

17    confusion as to the source, sponsorship, affiliation, or other connection between the goods and

18    services offered by Plaintiff and Defendants.

19    37.    Defendants' acts of trademark infringement have caused and will continue to cause

20    Plaintiff irreparable harm, and Plaintiff has no adequate remedy at law.

21    38.    Plaintiff is entitled to a judgment preliminarily and permanently enjoining and

22    restraining Defendants from engaging in further infringement.

23

**THIRD CLAIM FOR RELIEF**
**Unfair Competition and Cyberpiracy**
**(15 U.S.C. §1125(a)(d))**

24

25    39.    Plaintiff realleges and reincorporates by reference each and every allegation contained

26    in paragraphs 1 through 38 as though fully set forth herein.

27    40.    Defendants' use of the Mark is a false representation that wrongfully and falsely

28    suggests that Defendants' services are connected with Plaintiff.  Defendants' use is likely to deceive

- 6 -

1 │ consumers into believing that Defendants' services are those of, or associated with Plaintiff, and as a

2 │ consequence, Defendants' use causes and is likely to cause confusion that harms Plaintiff.

3 │      41.    Defendants' actions as described above constitute unfair competition in violation of 15

4 │ U.S.C. §1125(a) and entitle Plaintiff to damages, profits, and costs of the action.

5 │      42.    Defendants' actions as described above constitute cyberpiracy in violation of 15

6 │ U.S.C. §1125(d) and entitle Plaintiff to damages, profits, and costs of the action.

7 │      43.    Plaintiff is informed and believes, and on that basis alleges, that Defendant's actions

8 │ as described above are deliberate, willful, fraudulent and without any extenuating circumstances, and

9 │ constitute a knowing violation of Plaintiff's rights.  Plaintiff is therefore entitled to recover its

10 │ attorneys' fees incurred in this action under 15 U.S.C. §1117.

11 │      44.    Defendants' acts described herein have caused and will continue to cause Plaintiff

12 │ irreparable harm, and Plaintiff has no adequate remedy at law.

13 │      45.    Plaintiff is entitled to a judgment preliminarily and permanently enjoining and

14 │ restraining Defendants from engaging in further infringement.

15 │      46.    Under the circumstances of this case, Plaintiff is entitled to an award of treble damages.

### FOURTH CLAIM FOR RELIEF
#### Unfair Competition
#### (Cal. Bus. & Prof. Code §17200)

18 │      47.    Plaintiff realleges and reincorporates by reference each and every allegation contained

19 │ in paragraphs 1 through 46 as though fully set forth herein.

20 │      48.    Defendant's acts described above constitute unfair competition in violation of

21 │ California Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

22 │      49.    Defendant's acts of unfair competition have caused and will continue to cause Plaintiff

23 │ irreparable harm.  Plaintiff has no adequate remedy at law for Defendant's unfair competition.

24 │      50.    Plaintiff is entitled to a judgment preliminarily and permanently enjoining and

25 │ restraining Defendant from engaging in further acts of unfair competition.

COMPLAINT

**FIFTH CLAIM FOR RELIEF**
**Unfair Competition**
**(Common Law)**

51.    Plaintiff realleges and reincorporates by reference each and every allegation contained in paragraphs 1 through 50 as though fully set forth herein.

52.    Defendants' unauthorized use of the Mark constitutes infringement and unfair competition in violation of the common law in California.

53.    Defendants' wrongful acts have caused and will continue to cause Plaintiff irreparable harm.  Plaintiff has no adequate remedy at law.

54.    Plaintiff is entitled to a judgment preliminarily and permanently enjoining and restraining Defendants from engaging in further acts of infringement and unfair competition.

**SIXTH CLAIM FOR RELIEF**
**Injury to Business Reputation**
**(Cal. Bus. & Prof. Code § 14330)**

55.    Plaintiff realleges and reincorporates by reference each and every allegation contained in paragraphs 1 through 54 as though fully set forth herein.

56.    Defendants' acts, as pleaded above, have caused injury and there exists a further likelihood of injury to Plaintiff's business reputation under California Business and Professions Code §14330.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff requests:

1.    That Defendants, their officers, agents, servants, employees, and attorneys, and all those persons in active concert or participation with them be forthwith preliminarily and thereafter permanently enjoined and restrained from:

(a) Using the Imitation Mark or the Mark or any confusingly similar variations thereof alone or in combination with other words, as a trademark, service mark, trade name component or domain name, or otherwise to market, advertise or identify Defendants' services, or any product or service substantially similar thereto;

(b) Otherwise infringing Plaintiff's Mark;

(c) Unfairly competing with Plaintiff in any manner whatsoever;

- 8 -

COMPLAINT

1        (d) Continuing to use the Domain Name or any domain name containing the components

2           ATTORNEY and PAGES; and

3        (e) Causing injury to the business reputation of Plaintiff or its trade symbols.

4      2.    That Defendants be directed to file with this Court and serve on Plaintiff within ten

5  (10) days after the service of the injunction herein, a report in writing under oath, setting forth in

6  detail the manner and form in which Defendants has complied therewith;

7      3.    That Defendants be required to transfer to Plaintiff all domain names containing the

8  components ATTORNEY and PAGES;

9      4.    That Defendants be required to deliver up and destroy all literature, advertising and

10  other material bearing the infringing designations;

11      5.    That Plaintiff be awarded past and future corrective advertising costs;

12      6.    That Plaintiff recover from Defendants its reasonable attorneys' fees and costs in this

13  suit;

14      7.    For joint and several liability for damages, and a trebling of same and for profits under

15  15 U.S.C. §1117;

16      8.    For an order directing the USPTO to cancel Reg. No. 3243194; and

17      9.    That Plaintiff has such other and further relief as the Court may deem just.

18           **CERTIFICATION OF INTERESTED ENTITIES OF PERSONS**

19  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

20  parties, there is no such interest to report.

21

22  Dated:  April 11, 2008            PERRY IP GROUP A LAW CORPORATION

23

24                        By: _____

25                           E. Lynn Perry

26                    ADVOCATE LAW GROUP P.C.

                      Gerry H. Goldsholle, A Member of the Firm

27                    Attorneys for Plaintiff

28                    ADVICE COMPANY

COMPLAINT

1

**DEMAND FOR JURY TRIAL**

2      Plaintiff ADVICE COMPANY demands a jury trial as provided for in Rule 38 Federal Rules

3   of Civil Procedure.

4

5   Dated:   April 11, 2008                    PERRY IP GROUP A LAW CORPORATION

6

7                                             By: _____

8                                                  E. Lynn Perry

9                                             Attorneys for Plaintiff
                                              ADVICE COMPANY
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

# Exhibit 1

**Thank you for your request. Here are the latest results from the <u>TARR web server</u>.**

**This page was generated by the TARR system on** 2008-04-09 21:39:55 ET

**Serial Number:** 75603180 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 2390588

**Mark (words only):** ATTORNEYPAGES

**Standard Character claim:** No

**Current Status:** A Section 8 affidavit has been accepted.

**Date of Status:** 2007-03-08

**Filing Date:** 1998-12-10

**Transformed into a National Application:** No

**Registration Date:** 2000-09-26

**Register:** Supplemental

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-03-08

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. ADVICE COMPANY

**Address:**
ADVICE COMPANY
PO BOX 1739
SAUSALITO, CA 949661739
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

# GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
Providing a searchable directory of lawyers and legal service providers through electronic means on a global computer network
**Basis:** 1(a)
**First Use Date:** 1998-03-00
**First Use in Commerce Date:** 1998-03-00

# ADDITIONAL INFORMATION

(NOT AVAILABLE)

# MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

# PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-03-08 - Section 8 (6-year) accepted

2007-02-21 - Automatic Update Of Assignment Of Ownership

2007-01-19 - Post Registration action mailed - Section 8

2006-09-22 - Section 8 (6-year) filed

2006-09-22 - TEAS Section 8 Received

2006-02-01 - Case File In TICRS

2005-09-22 - TEAS Change Of Correspondence Received

2005-09-21 - TEAS Change Of Correspondence Received

2003-03-06 - TEAS Change Of Correspondence Received

2000-09-26 - Registered - Supplemental Register

2000-08-08 - APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER

2000-08-07 - Examiner's amendment mailed

2000-02-07 - Final refusal mailed

1999-12-10 - Communication received from applicant

1999-06-11 - Non-final action mailed

1999-06-07 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Andrew B. Katz

**Correspondent**
Andrew B. Katz
Chernow Katz LLC
Suite 1100
721 Dresher Road
Horsham PA 19044
Phone Number: 215-659-3600
Fax Number: 215-659-3222

# Exhibit 2



**For Attorneys:** List Your Practice




HomeAttorneys by PracticeAttorneys by LocationHot TopicsPost a CaseNeed Help?

Member Sign In

PRINTEMAIL AA

**Search Attorneys:** | Select a Topic | Enter City, County or Zip | Select a State | **Search**



### Accident and Injury Attorneys

Auto Accidents, Personal Injury, Medical Malpractice, Product Liability, Wrongful Death, Workers Compensation, Nursing Home Abuse, Aviation & Maritime, Environmental & Toxic Torts, Railroad/Transportation



### Bankruptcy Attorneys

Bankruptcy, Collections, Banking & Credit Card



### Business Attorneys

Business & Commercial, Securities Brokers Investments, Anti-Trust & Trade Regulation, Banking & Credit Card, Franchise Law



### Criminal Attorneys

Criminal Defense, DUI/DWI Traffic, Military Law



### Employment Attorneys

Employment & Labor, Workers Compensation, Sexual Harassment, Pensions & Benefits, Civil Rights / ADA



### Family Attorneys

Child Custody, Support, Adoption, Divorce, Marriage, Alimony, Elder Law, Juvenile Law



### Immigration Attorneys

Immigration / Naturalization

## Hot Topics



Blue Cross Class Action Lawsuit , Blue Shield of California Rescission , Cancer Misdiagnosis , Defective Tires , Heparin Recall , Icy Hot Recall , Long Term Care Insurance , MEGA life and health insurance company , Motorcycle Accidents , Qui Tam , Stryker Defective Hip Implants , Trasylol , Veterans Medical Malpractice , Yamaha Rhino Rollover Accidents

View All Hot Topics



### Insurance Attorneys

Insurance, Healthcare, Social Security Disability



### Intellectual Property

Copyright, Trademark, IP, Internet, Technology & Communications Law, Patent Law, Sports, Arts, Entertainment



### Real Estate Attorneys

Real Estate, Landlord / Tenant, Construction, Condemnation & Zoning



### Tax Attorneys

Tax & Tax Enforcement



### Wills, Trusts, Probate

Estate Planning, Wills, Trusts, Probate, Elder Law

**All Topics:** View a complete listing of ALL Topics. »

# Exhibit 3

Latest Status Info        Case 3:08-cv-01958-JCS      Document 1      Filed 04/14/2008      Page 19 of 44 5059&action=Req...

http://tarr.uspto.gov/tarr?regser=serial&entry=77005059&action=Req...

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-09 21:40:55 ET

**Serial Number:** 77005059 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# ATTORNEYPAGES

**(words only):** ATTORNEYPAGES

**Standard Character claim:** Yes

**Current Status:** An office action suspending further action on the application has been mailed.

**Date of Status:** 2008-03-20

**Filing Date:** 2006-09-22

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 105

**Attorney Assigned:**
YONTEF DAVID ERIC

**Current Location:** L5X -TMEG Law Office 105 - Examining Attorney Assigned

**Date In Location:** 2008-03-20

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. The Advice Company

**Address:**
The Advice Company
PO BOX 1739
Sausalito, CA 949661739
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California
**Phone Number:** 800 iTS LEGA

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
Providing a searchable directory of lawyers, legal service providers and information about the same through electronic means on a global computer network
**Basis:** 1(a)
**First Use Date:** 1998-03-00
**First Use in Commerce Date:** 1998-03-00

## ADDITIONAL INFORMATION

**Section 2(f)**

**Prior Registration Number(s):**
2390588

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-03-20 - Notification Of Letter Of Suspension E-Mailed

2008-03-20 - LETTER OF SUSPENSION E-MAILED

2008-03-20 - Suspension Letter Written

2008-03-05 - Teas/Email Correspondence Entered

2008-03-05 - Communication received from applicant

2008-03-05 - TEAS Response to Office Action Received

2007-09-05 - Notification Of Non-Final Action E-Mailed

2007-09-05 - NON-FINAL ACTION E-MAILED

2007-09-05 - Non-Final Action Written

2007-09-05 - Notification Of Non-Final Action E-Mailed

2007-09-05 - NON-FINAL ACTION E-MAILED

2007-09-05 - Non-Final Action Written

2007-08-15 - Teas/Email Correspondence Entered

2007-08-15 - Communication received from applicant

2007-08-15 - TEAS Response to Office Action Received

2007-02-15 - Non-final action e-mailed

2007-02-15 - Non-Final Action Written

2007-02-12 - Assigned To Examiner

2006-09-28 - Notice Of Pseudo Mark Mailed

2006-09-27 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Andrew B. Katz

**Correspondent**
ANDREW B. KATZ
CHERNOW KATZ LLC
721 DRESHER RD STE 1100
HORSHAM, PA 19044-2360
Phone Number: 215 659 3600
Fax Number: 215 659 3222

# Exhibit 4





**Search For**

**Lawyer or Firm** (Last Name)

**Area of Law** *
All Areas of Law
**City or ZIP**

**State** * [search]

* Required field

Jobs!
Visit the
CAREER
CENTER
NOW!
CLICK HERE



**The Law Store**
Click Here to
Browse or Buy



LAW.COM
Dictionary
[ Look It Up! ]



LEGAL EDUCATION
Find Schools Here

LAW OFFICES OF
DAVID MICHAEL **CANTOR**
Certified Criminal Law Specialists
FREE Initial Consultation

# Find an Attorney in 3 easy steps.

## STEP 1: Select a State

| | | | |
|---|---|---|---|
| Alabama | Indiana | Nebraska | South Carolina |
| Alaska | Iowa | Nevada | South Dakota |
| Arizona | Kansas | New Hampshire | Tennessee |
| Arkansas | Kentucky | New Jersey | Texas |
| California | Louisiana | New Mexico | Utah |
| Colorado | Maine | New York | Vermont |
| Connecticut | Maryland | North Carolina | Virginia |
| Delaware | Massachusetts | North Dakota | Washington DC |
| Florida | Michigan | Ohio | Washington |
| Georgia | Minnesota | Oklahoma | West Virginia |
| Hawaii | Mississippi | Oregon | Wisconsin |
| Idaho | Missouri | Pennsylvania | Wyoming |
| Illinois | Montana | Rhode Island | |

**AttorneyYellowPages.com** provides a simple and free means to assist you in your search for **legal help**. Simply select a state, practice area, and the lawyer.

AttorneyYellowPages.com News Headlines

JURIST - Paper Chase
**New Pakistan PM seeking immediate release of ousted judges from house arrest**
**China rights activist sentenced to 5 years for subversion**
**East Timor parliament again extends state of emergency**
**Mahmudiya rape-murder case against ex-US soldier belongs in federal court: prosecutors**
**Zimbabwe president accused of election fraud plan**
**Japan protesters call for tighter controls on US troops after latest rape allegations**
**New Malaysia law minister promises judicial independence reform**
**Taiwan referendums on UN membership fail**
**Bangladesh veterans urge war crimes trials for 1971 independence war**
**Serbia war crimes prosecutor investigating alleged organ trafficking**
**Mukasey urges compromise on new surveillance bill**
**Ousted Pakistan chief justice says constitution supreme after February vote**
**Bulgaria parliament approves EU reform treaty**
**Dutch court to hear challenge against film criticizing Islam**
**Armenia lifts state of emergency imposed after disputed election**
**Russia prosecutors open murder investigations after 2 journalists killed**
**Federal appeals court dismisses lawsuit over Florida Democratic primary**
**Cambodia still obtaining criminal confessions through torture: rights group**
**China tightens controls on video-sharing websites**

Welcome to AttorneyYellowPages.com! This Website is dedicated to helping you **find an attorney**.

**Find a Lawyer**
**Attorney search**, **find a lawyer** from our attorney, law firm directory to **locate an attorney**, lawyer, law firm, legal services and legal information in your area of law and in your State. AttorneyYellowPages.com **Lawyer Search** makes it easy for you to **locate an attorney** and get legal information from most areas of the law.


M
DUI & CRIMINAL
FREE
CONSULTATION
THE MAASEN
LAW FIRM


Experience,
Integrity,
Confid


AttorneyYellow
Pages.com
The Nation's Premier Online
Attorney Directory


LEGAL FORM
CENTER


LAW PUZZLE
CLICK HERE TO
PLAY FREE NOW!

## Welcome to LAWWEB TV From AttorneyYellowPages.com

**AttorneyYellowPages.com** is the Nation's Premier online Attorney Directory that eliminates the clutter and immediately allows you to find a lawyer. Using our **Attorney directory**, you are three easy steps away from hiring an lawyer of your choice to bring you legal information, legal services and legal advice for your legal needs by the right attorney of your selection.

**Legal Help**
Begin NOW, and get the **legal help** you need from the **AttorneyYellowPages.com attorney directory** and **lawyer search**. **AttorneyYellowPages.com** makes the legal process to find an attorney, lawyer, law firm, legal services, and get the legal information your need for the legal issues you are facing. Whatever your legal needs are, **AttorneyYellowPages.com** Attorney Directory has the legal information and lawyer listings for you.

**ATTORNEYS:**
**Click here to get Premier Placement on AttorneyYellowPages.com Lawyer Directory!**

[ Buy Now ]
Google Checkout

Block

BBBOnLine
RELIABILITY
PROGRAM

View Reg/Site Info
Home | Advertise With Us | Terms and Conditions | Privacy

Policy | Disclaimer | Copyright Notice | About Us | Site Map | Google | Law Schools | Crossword Puzzle | The Law Store | Legal Form Center

www.attorneyyellowpages.com © 2006 - 2008 AttorneyYellowPages.com, LLC, all rights reserved.

Arizona Web Design: BBB Systems, llc

**ATTORNEYS:**
FREE Listing!
**Click here if you would like a Free listing. Placements are limited!**



# Attorney Yellow Pages.com®
## The Nation's Premier Online Attorney Directory



| Home | Advertise With Us |

## Directory Home » California

**Search For**

**Lawyer or Firm**
(Last Name)

**Area of Law** *
All Areas of Law

**City or ZIP**

**State** *
[search]

* *Required field*

### STEP 2: Select an Area of Law

| | | |
|---|---|---|
| Accident - Auto, Motorcycle, Truck Injury | DUI/DWI | Nursing Home, Elder Abuse |
| Accident - Injury | Eminent Domain, Zoning Law | Patents, Copyrights, Trademarks |
| Bankruptcy Law | Employment & Labor Law | Pharmaceutical Drug Recalls |
| Business - Contract Law | Estate Planning, Probate, Wills | Real Estate Law |
| Criminal - Drug Charge | Family Law, Child Support, Custody | Social Security |
| Criminal - Sex Crimes | Immigration Law | Tax Law |
| Criminal Defense | Insurance Law | Workers' Compensation |
| Divorce, Domestic Law | Medical Malpractice | Wrongful Death |



**The Law Store**
**Click Here to Browse or Buy**



**LEGAL FORM CENTER**

**CALIFORNIA ATTORNEYS:**
**Click here to get Priority Placement on AttorneyYellowPages.com California Lawyer Directory!**

[BBB OnLine RELIABILITY PROGRAM]

Home | Advertise With Us | Terms and Conditions | Privacy Policy | Disclaimer | Copyright Notice | About Us | Site Map | Google | Law Schools | Crossword Puzzle | The Law Store | Legal Form Center

www.attorneyyellowpages.com © 2006 - 2008 AttorneyYellowPages.com, LLC, all rights reserved.     View Page/Site Info
Arizona Web Design: BBB Systems, llc



# Attorney Yellow Pages.com®
## The Nation's Premier Online Attorney Directory



Home | Advertise With Us

## Search For

**Lawyer or Firm**
(Last Name)

**Area of Law** *
All Areas of Law

**City or ZIP**

**State** *        [ search ]

* Required field

# California » Patents, Copyrights, Trademarks

## Attorneys Listed Alphabetically                      Showing 1-10 of 10

**Avakian Patrick**
2049 Century Park E
Los Angeles, CA 90067                    Phone: (310)-557-1511

**Blain Tony**
117 N Robertson Blvd
Los Angeles, CA 90048                    Phone: (310)-205-9669

**Epstein Natan**
11377 W Olympic Blvd
Los Angeles, CA 90064                    Phone: (310)-312-2900

**Hoffenberg Howard Law Office**
8936 S Sepulveda Blvd
Los Angeles, CA 90045                    Phone: (310)-670-5825

**Kleinberg & Lerner LLP Law Office**
2049 Century Park E # 1080
Los Angeles, CA 90067                    Phone: (310)-557-1511

**Lerner Marshall A**
2049 Century Park E
Los Angeles, CA 90067                    Phone: (310)-557-1511

**Martin & Ferraro LLP**
1925 Century Park E
Los Angeles, CA 90067                    Phone: (310)-286-9800

**Patent Law Agency**
3146 N Verdugo Rd
Glendale, CA 91208                       Phone: (818)-248-1465

**Rincon Venture Law Group**
555 Saint Charles Dr Suite 107
Thousand Oaks, CA 91360                  Phone: (805)-557-0580

**Schaap Robt J**
21241 Ventura Blvd
Woodland Hills, CA 91364                 Phone: (818)-346-6555

Showing 1-10 of 10

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z all



Home | Advertise With Us | Terms and Conditions | Privacy Policy | Disclaimer | Copyright Notice | About Us | Site Map | Google | Law Schools | Crossword Puzzle | The Law Store | Legal Form Center

www.attorneyyellowpages.com © 2006 - 2008 AttorneyYellowPages.com, LLC, all rights reserved.        View Page/Site Info
Arizona Web Design: BBB Systems, llc





**Search For**

**Lawyer or Firm**
*(Last Name)*

**Area of Law** *
All Areas of Law

**City or ZIP**

**State** *    [search]

* *Required field*

**ABOUT US.** AttorneyYellowPages.com. is a national online directory dedicated to assisting you in your search for an Attorney for getting legal help. Many people don't know where to begin to find a lawyer, especially with the volume of articles and research pertaining to all aspects of legal issues. Your decision can be overwhelming, therefore we make it easy.

Here, at AttorneyYellowPages.com, we make the process simple in getting you legal help. This Free service is provided to anyone, business or individual. We do not screen, select, or contact any attorneys. The selection process is entirely in your control.

Evaluating, selecting, and contacting your lawyer is the first step in resolving your legal matter. We provide a directory of attorneys in your State and area of practice that you need. The process is simple, three easy steps. Select your State, area of law, then select an attorney(s) by clicking on their listing. You will then be linked directly to the law firm's website. Contact any one of our attorneys listed on AttorneyYellowPages.com or have them contact you.

At AttorneyYellowPages.com you can find an attorney, lawyer, legal help in the following areas accident, injury attorney, lawyer, bankruptcy attorney, lawyer, criminal law attorney, lawyer, criminal defense attorney, lawyer, drug charge attorney, lawyer, sex crimes attorney, lawyer, divorce attorney, lawyer, domestic law attorney, lawyer, dui attorney, lawyer, dwi attorney, lawyer, employment attorney, lawyer, labor law attorney, lawyer, estate planning attorney, lawyer, probate attorney, lawyer, wills attorney, lawyer, family law attorney, lawyer, child support attorney, lawyer, custody attorney, lawyer, immigration attorney, lawyer, insurance attorney, lawyer, medical malpractice attorney, lawyer, nursing home attorney, lawyer, elder abuse attorney, lawyer, patent attorney, lawyer, copyright attorney, lawyer, trademark attorney, lawyer, pharmaceutical drug recall attorney, lawyer, real estate attorney, lawyer, social security attorney, lawyer, tax law attorney, lawyer, workers' compensation attorney, lawyer, wrongful death attorney, lawyer.

AttorneyYellowPages.com directory includes law firms that can provide legal services in all fifty states Alabama attorney, lawyer, Alaska attorney, lawyer, Arizona attorney, lawyer, Arkansas attorney, lawyer, California attorney, lawyer, Colorado attorney, lawyer, Connecticut attorney, lawyer, Delaware attorney, lawyer, Florida attorney, lawyer, Georgia attorney, lawyer, Hawaii attorney, lawyer, Idaho attorney, lawyer, Illinois attorney, lawyer, Indiana attorney, lawyer, Iowa attorney, lawyer, Kansas attorney, lawyer, Kentucky attorney, lawyer, Louisiana attorney, lawyer, Maine attorney, lawyer, Maryland attorney, lawyer, Massachusetts attorney, lawyer, Michigan attorney, lawyer, Minnesota attorney, lawyer, Mississippi attorney, lawyer, Montana attorney, lawyer, Nebraska attorney, lawyer, Nevada attorney, lawyer, New Hampshire attorney, lawyer, New Jersey attorney, lawyer, New Mexico attorney, lawyer, New York attorney, lawyer, North Carolina attorney, lawyer, North Dakota attorney, lawyer, Ohio attorney, lawyer, Oklahoma attorney, lawyer, Oregon attorney, lawyer, Pennsylvania attorney, lawyer, Rhode Island attorney, lawyer, South Carolina attorney, lawyer, South Dakota attorney, lawyer, Tennessee attorney, lawyer, Texas attorney, lawyer, Utah attorney, lawyer, Vermont attorney, lawyer, Virginia attorney, lawyer, Washington DC attorney, lawyer, Washington attorney, lawyer, West Virginia attorney, lawyer, Wisconsin attorney, lawyer, Wyoming attorney, lawyer.

We believe that by providing this national organized database of lawyers we can help consumers find an attorney fast and easy to assist you in making a timely decision. Our goal is to provide a source to simplify your search for an attorney.

Home | Advertise With Us | Terms and Conditions | Privacy Policy | Disclaimer | Copyright Notice | About Us | Site Map | Google | Law Schools | Crossword Puzzle | The Law Store | Legal Form Center

BBB Online RELIABILITY PROGRAM

www.attorneyyellowpages.com © 2006 - 2008 AttorneyYellowPages.com, LLC, all rights reserved.    View Page/Site Info
Arizona Web Design: BBB Systems, llc

# Exhibit 5

# arizonaattorneyyellowpages.com

This page is parked free, courtesy of GoDaddy.com





## Sponsored Listings

▸ **Expert Local Lawyers**
Find Expert Attorneys in Arizona Search Free at Lawyers.com
www.lawyers.com

▸ **Phoenix Law Office**
A Full Service Law Firm Quality & Effective Representation
www.bkdpblaw.com

▸ **Looking For A Lawyer?**
Injury & Divorce Lawyers Serving Phoenix & Surrounding
FrugeLaw.com

▸ **Arizona Tax Attorneys**
Looking for Arizona Tax Attorney? See Arizona Tax Attorneys.
Lawguru.Com

▸ **Attorney**
Contact an Injury Law Firm. Talk To Local Injury Attorney For Free!
www.LawOnline.com

▸ **Arizona Attorney**
Divorce, Injury, SSD Disability, Criminal, Malpractice, Work Comp
www.Attorney-Legal.net

▸ **Arizona Injury Attorney**
Find Arizona Injury Attorney. Search In Your Local Area Now.
Justclicklocal.com

▸ **Bankruptcy Attorney**
Simplify Your Search. Free Online Evaluation and Attorney Locator.
www.TotalBankruptcy.com

▸ **Find An Attorney Free**
Injury, Bankruptcy, Divorce, Criminal, Malpractice, SSD, Custody
www.AttorneyLink.us

▸ **Free Bankruptcy Review**
Speak to a Bankruptcy Attorney in Your State for a Free Review
www.TotalLawyers.com

### Find a domain name now:

[ _____ ] .com [GO]
Advanced Search    ICANN ACCREDITED
*Plus ICANN fee of 20 cents per domain year name.

### Related Searches

▸ Arizona Criminal Attorney
▸ Phoenix Arizona DUI Lawyer
▸ Phoenix DUI Defense Attorney
▸ Arizona Personal Injury Lawyer
▸ Criminal Defense Lawyer in Arizona
▸ Divorce Lawyer Mesa Arizona



Live every Wednesday at 1 pm (PT)/4 pm (ET).

[ Search ]

Visit GoDaddy.com for the best values on: **Domain names**, **Web hosting**, **Web Site Builders**, **Email Accounts**, **SSL Certificates**, **Ecommerce Products** AND MORE! See **product catalog**

**GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar** for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls



Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2599

Technical Contact:
Private, Registration
ARIZONAATTORNEYYELLOWPAGES.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2599

Domain servers in listed order:
NS27.DOMAINCONTROL.COM
NS28.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

24/7 Sales and Support: (480) 505-8877    Billing Questions? Call (48

Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor |
Resellers | Link to
GoDaddy.tv | GoDaddyLive.com | BobParsons.com | Go
DomainNameAftermarket.com | GoDa

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. View offer Disclaimers



about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

<u>See Standard WhoIs</u>

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**



24/7 Sales and Support: (480) 505-8877     Billing Questions? Call (48

Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor |
Resellers | Link to

GoDaddy.tv | GoDaddyLive.com | BobParsons.com | Go
DomainNameAftermarket.com | GoDa



# californiaattorneyyellowpages.com
This page is parked free, courtesy of GoDaddy.com.

## Sponsored Listings

**California Lemon Law**
Lemon Buy-Backs. Cars, Trucks, RVs Toll Free 877-348-1152 23 yrs exp.
www.california-lemonlawyer.com

**Yolo DUI Attorneys**
DUI team, view our dismissed cases list and recent results. CA
www.choycecrowell.com

**Senior Home Care Services**
Enabling Seniors To Live At Home Independently. 10% Web Discount!
www.accentcare.com

**CA Lemon Law Attorney**
Lemon Law Attorney Wrote the Book On Lemon Law - Free Consultation
www.normantaylor.com

**CPA in Canyon Lake, CA**
Lawrence L. Lathrop, CPA Income Taxes & Bookkeeping
www.llathropcpa.com

**Bay Area Law Office**
Family Law, Bankruptcy, Wrongful Death, Criminal Law. Call today.
www.TomMcNallyLaw.com

**Re-elect Liz Kniss**
Re-elect Liz Kniss for Santa Clara County Supervisor-district 5
www.lizkniss.com

**Elder Care You Can Trust**
Lifespan: Home Care Services Serving Santa Cruz County since '83
www.LifespanCare.com

**CA Govt. Auction Homes**
Foreclosed HUD Homes in your area. Register for $1 to get listings.
www.HUDforeclosed.com

**FHA/HUD Foundations**
From Permits to 433A: CA & AZ We do it all! Call 800-909-1110
www.onthelevelcontractors.com

[ Search ]

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support
- And MUCH More!

Flexible plans as low as $3.43/mo!

Learn more...

**Visit GoDaddy.com for the best values on:**
- Domain Names
- Web Hosting
- Web Site Builders
- Email Accounts
- SSL Certificates
- Ecommerce Products

**AND MORE!**

See product catalog

No technical expertise required and no set-up fees.

**From $7.99/month!**



WhoIs Search Results   Case 3:08-cv-01958-JCS   Document 1   Filed 04/14/2008   Page 37 of 44   californiaattorneyyell...

http://www.godaddy.com/WhoIs.aspx?domain=californiaattorneyyell...

Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2599

Technical Contact:
Private, Registration
CALIFORNIAATTORNEYYELLOWPAGES.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2599

Domain servers in listed order:
NS27.DOMAINCONTROL.COM
NS28.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. View offer Disclaimers



        4/9/2008 6:37 PM



VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

See Standard WhoIs

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. View offer Disclaimers

24/7 Sales and Support: (480) 505-8877 | Billing Questions? Call (4€

Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor | Resellers | Link to
GoDaddy.tv | GoDaddyLive.com | BobParsons.com | Go
DomainNameAftermarket.com | GoDa

# newyorkattorneyyellowpages.com

This page is parked free, courtesy of GoDaddy.com.



### Sponsored Listings

**NY Real Estate Law Firm**
Closing On Property? Call Today For Experienced Real Estate Lawyers.
www.LubovStark.com

**New York Cheap House**
Find NY foreclosures selling cheap. Pay $1 to get listings in your area
www.HUDforeclosed.com

**ny real estate attorney**
Find Attorney New York Real Estate. Search In Your Local Area Now.
Justclicklocal.com

**Yellow Pages**
Search 6 Yellow Pages Providers From One Yellow Pages Website
www.Yellow.com

**NY New Home Builders**
Find New York new homes & builders. Compare plans, models and prices.
www.NewHomeSource.com

**Yonkers real estate**
Search 5,400+ Westchester/Putnam County Homes for Sale. Easy MLS!
ZipRealty.com

**NY Lake & Land For Sale**
4 Acres on Fawn Lake NY $39,900. 5 Acres Lake & Beach Uses $15,900.
www.landfirstny.com

**Homes in Poughkeepsie, NY**
Search by Price, Area, Size & Rooms Find a Home in Poughkeepsie Today.
www.Move.com/PoughkeepsieNY

**Westchester County Apts**
Contact Us Today! Affordable Apts. in Great Westchester Locations.
AvalonCommunities.com/Westchester

**New York MLS.com**
Multiple Listing Service access. Search MLS in NY.
www.MLS.com

Search

No technical expertise
required and no set-up fees.

**From $7.99/month!**

Memberships just $4.99/year!
Lowest commissions!

Up to 256-bit encryption
99% browser recognition
Issued within minutes

**From $29.99/year**



Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2599

■ 24/7 Sales and Support: (480) 505-8877  ■  Billing Questions? Call (48

Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor |
Resellers | Link to
GoDaddy.tv | GoDaddyLive.com | BobParsons.com | Go
DomainNameAftermarket.com | GoDa

Technical Contact:
Private, Registration
NEWYORKATTORNEYYELLOWPAGES.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2599

Domain servers in listed order:
NS27.DOMAINCONTROL.COM
NS28.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for COM, NET, ORG, INFO,
BIZ and US domain extensions. Source: Name Intelligence, Inc 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. View offer Disclaimers





about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

See Standard WhoIs

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2008

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. View offer Disclaimers



24/7 Sales and Support: (480) 505-8877 | Billing Questions? Call (48

Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor | Resellers | Link to

GoDaddy.tv | GoDaddyLive.com | BobParsons.com | Go
DomainNameAftermarket.com | GoDa