THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:  415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>SWEET DELIGHT; HUANG FAMILY TRUST; and PACIFICCOM INC., a California corporation,<br><br>    Defendants.<br>_____ | **CASE NO.  C 08-01958 JCS**<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: May 6, 2008                              THOMAS E. FRANKOVICH
                                                              *A PROFESSIONAL LAW CORPORATION*


                                                              By: _____/s/_____
                                                                    Thomas E. Frankovich
                                                              Attorneys for Plaintiffs CRAIG YATES and
                                                              DISABILITY RIGHTS ENFORCEMENT,
                                                              EDUCATION SERVICES:HELPING YOU
                                                              HELP OTHERS