THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SWEET DELIGHT; HUANG FAMILY TRUST; and PACIFICCOM INC., a California corporation,<br><br>Defendants. | CASE NO. CV-08-1958-JCS<br><br>**Civil Rights**<br><br>**RETURN OF SERVICE RE DEFENDANTS HUANG FAMILY TRUST; and PACIFICCOM INC., a California corporation** |

RETURN OF SERVICE RE DEFENDANTS HUANG FAMILY TRUST; and PACIFICCOM INC., a California corporation

1

| Attorney or Party without Attorney:<br>THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No. 415-674-8600    FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.<br>SWEET DELIGHT |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

| Plaintiff: CRAIG YATES, et al |
|---|
| Defendant: SWEET DELIGHT, et al. |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div | Case Number:<br>CV 08 1958 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Letter From The Clerk Dated April 18, 2008; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Standing Order; Notice Of Rule Discontinuing Service By Mail; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Letter Dated May 6, 2008.

3. a. Party served          HUANG FAMILY TRUST
   b. Person served         HUA HUANG, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:   81 WILSHIRE AVENUE
                                         DALY CITY, CA  94015

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May 08, 2008 (2) at: 6:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: HUANG FAMILY TRUST
   Under CCP 416.70 (ward or conservatee)

7. *Person Who Served Papers:*     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TONY LOWE                     d. *The Fee for Service was:*
                                    e. I am: (3) registered California process server
   First Legal Support Services        (i)   Independent Contractor
   ATTORNEY SERVICES                   (ii)  Registration No.: 2008-0001046
   1138 HOWARD STREET                  (iii) County:           San Francisco
   San Francisco, CA 94103             (iv)  Expiration Date:  Fri, Jun. 13, 2008
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, May. 09, 2008

   *Signature: (TONY LOWE)*

   Judicial Council Form POS-010           PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT       6417726.thofr-fg.133178

| | | |
|---|---|---|
| *Attorney or Party without Attorney*<br>THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>*Telephone No* 415-674-8600   *FAX No:* 415-674-9900 | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref No. or File No:*<br>SWEET DELIGHT | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Northern District Of California | | |
| *Plaintiff:* CRAIG YATES, et al. | | |
| *Defendant:* SWEET DELIGHT, et al. | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date* | *Time* | *Dept/Div:* | *Case Number:*<br>CV 08 1958 JCS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U S District Court; Letter From The Clerk Dated April 18, 2008; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Standing Order; Notice Of Rule Discontinuing Service By Mail; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Letter Dated May 6, 2008.

3. a. *Party served:*          PACIFICCOM INC., a California corporation

4. *Address where the party was served:*    769 LAKEVIEW AVENUE
   SAN FRANCISCO, CA 94112

5. *I served the party:*
   b. **by substituted service.** On: Thu., May. 08, 2008 at: 10:40AM by leaving the copies with or in the presence of:
      LEON WU, PERSON IN CHARGE
      (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: PACIFICCOM INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANDY ESQUER
                                                  d. *The Fee for Service was:*
   First Legal Support Services                   e. I am: (3) registered California process server
   ATTORNEY SERVICES                                 (i)   Independent Contractor
   1138 HOWARD STREET                                (ii)  Registration No.:   2007-0001009
   San Francisco, CA 94103                           (iii) County:              San Francisco
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, May. 09, 2008

   Judicial Council Form POS-010          PROOF OF SERVICE                    (ANDY ESQUER)
   Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT                         6417722.thofr-fg 133172

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>*Telephone No:* 415-674-8600   *FAX No:* 415-674-9900 | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No or File No*<br>SWEET DELIGHT | |

*Insert name of Court, and Judicial District and Branch Court*
United States District Court Northern District Of California

*Plaintiff:* CRAIG YATES, et al
*Defendant:* SWEET DELIGHT, et al

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 1958 JCS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Case; Complaint For Injunctive Relief And Damages, Civil Cover Sheet; Welcome To The U.S. District Court, Letter From The Clerk Dated April 18, 2008; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Order; Notice Of Rule Discontinuing Service By Mail; Contents Of Joint Case Management Statement, Ecf Registration Information Handout; Letter Dated May 6, 2008.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows.

   a. Date of Mailing:       Fri., May. 09, 2008
   b. Place of Mailing:      SAN FRANCISCO, CA 94103
   c. Addressed as follows.  PACIFICCOM INC., a California corporation
                             769 LAKEVIEW AVENUE
                             SAN FRANCISCO, CA 94112

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U S Postal Service on Fri., May. 09, 2008 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   2008-0001044
      (iii) County:             San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, May. 09, 2008

(AARON DANIEL)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

6417727 thofr-fg.133172