1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:    415/674-9900

5

   Attorneys for Plaintiffs
6  CRAIG YATES
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | CRAIG YATES, an individual; and           ) | **CASE NO. CV-08-01958-JCS** |
   | DISABILITY RIGHTS, ENFORCEMENT,          ) |
12 | EDUCATION, SERVICES:HELPING YOU          ) | **NOTICE OF CHANGE OF FIRM** |
   | HELP OTHERS, a California public benefit ) | **ADDRESS** |
13 | corporation,                              ) |
   |                                           ) |
14 |         Plaintiffs,                       ) |
   |                                           ) |
15 | v.                                        ) |
   |                                           ) |
16 | SWEET DELIGHT; HUANG FAMILY              ) |
   | TRUST; and PACIFICCOM INC., a            ) |
17 | California corporation,                   ) |
   |                                           ) |
18 |         Defendants.                       ) |
   | _____   ) |

19

20          **TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

NOTICE OF CHANGE OF FIRM ADDRESS                                                    1

PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the following:

**4328 Redwood Hwy, Suite 300**

**San Rafael, California, 94903**

The telephone number and fax number remain the same.

Dated: August 28, 2008          THOMAS E. FRANKOVICH
                                *A PROFESSIONAL LAW CORPORATION*


                                By: _____/S/_____
                                    THOMAS E. FRANKOVICH
                                    Attorneys for Plaintiffs