1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:      415/674-8600
4  Facsimile:       415/674-9900

5  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　Plaintiffs,<br><br>v.<br><br>SWEET DELIGHT; HUANG FAMILY TRUST; and PACIFICCOM, INC., a California corporation,<br><br>　　　Defendants. | **CASE NO. CV-08-01958-JCS**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON  YATES v. SWEET DELIGHT

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

Dated: November 5, 2009          THOMAS E. FRANKOVICH,
                                 *A PROFESSIONAL LAW CORPORATION*


                                 By:_____/S/_____
                                        Thomas E. Frankovich
                                 Attorney for CRAIG YATES and
                                 DISABILITY RIGHTS ENFORCEMENT,
                                 EDUCATION SERVICES: HELPING YOU
                                 HELP OTHERS

Dated: November 5, 2009          COTCHETT, PITRE & McCARTHY


                                 By:_____/S/_____
                                        Niki Okcu
                                 Attorneys for SWEET DELIGHT; HUANG
                                 FAMILY TRUST; and PACIFICCOM, INC.

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: ___11/06___, 2009

                                 _____
                                 Hon. [Judge Joseph C. Spero]
                                 United States Magistrate Judge, Northern District

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON   YATES v. SWEET DELIGHT

-2-

**CERTIFICATE OR PROOF OF SERVICE BY MAIL**

State of California )
) ss
County of Marin )

I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 4328 Redwood Hwy, Suite 300, San Rafael, CA 94903; that on the below date, following normal business practice, I served the foregoing document, described as:

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**

on the interested parties in this action, conveyed as follows:

☒ By depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ___ standard overnight mail via Federal Express.
I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service at San Rafael.

addressed to:

**Niki Okcu**
**Cotchett, Pitre & McCarthy**
**San Francisco Airport Office Center**
**840 Malcolm Road, Suite 200**
**Burlingame, CA 94010**

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on November 5, 2009, at San Rafael, California.

*(signature)*
Armetrice Cooper
(Original signed)